**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

Speedtop Globe Technology Limited,

*Plaintiff*,

v.

Michael H. Domesick, d/b/a ABMILL,

*Defendant*.

**Case No. 2:26-cv-04142-JHC**

**ORDER TRANSFERRING ACTION TO THE DISTRICT OF CONNECTICUT**

The Court finds transfer appropriate under 28 U.S.C. § 1404(a) for the convenience of the parties and in the interest of justice. IT IS ORDERED:

1. The stipulated motion (Dkt. 11) is GRANTED. The entire action, including all claims and counterclaims, is transferred to the United States District Court for the District of Connecticut.

2. Under LCR 3(i), transfer is effective immediately upon entry of this Order, without the ordinary 14-day waiting period. The Clerk shall transmit the complete case record forthwith.

3. Defendant's pending motion to transfer is terminated as moot. The Court makes no determination on the merits or on personal jurisdiction or venue in Washington.

Dated this 25th day of November, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE